IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNARDO MONDRAGON,

    Plaintiff,

v.

                                                                     No. 23-cv-0244 MV-KBM

BERNALILLO COUNTY
BOARD OF COMMISSIONERS, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE